IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:20-CR-221-KDB-DCK

| UNITED STATES OF AMERICA, | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) ORDER |
| CAMERON JAMAL MCMANUS, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on *pro se* Defendant's "Motion For Reconsideration" (Document No. 30) filed September 8, 2020. In his *pro se* filing, Defendant is seeking reconsideration of bond. Having carefully considered the motion, the record, and applicable authority, the undersigned will <u>deny</u> the motion, without prejudice.

The undersigned notes that Defendant is represented by court-appointed counsel, Daniel Powers Roberts. It is the practice of this Court when Defendant is represented by counsel that all motions should be filed through Defendant's attorney. If Defendant wishes, he should consult with his attorney about whether it is advisable to re-file the motion.

**IT IS, THEREFORE, ORDERED** that the "Motion For Reconsideration" (Document No. 30) is **DENIED WITHOUT PREJUDICE**.

Signed: September 9, 2020

David C. Keesler
United States Magistrate Judge